# Supreme Court of the State of New York
## Appellate Division: Second Judicial Department

M311756
KS/

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
FRANCESCA E. CONNOLLY, JJ.

---

2025-09594

In the Matter of Jane M. Conlon-Muller,
an attorney and counselor-at-law.

DECISION & ORDER
VOLUNTARY RESIGNATION

(Attorney Registration No. 2903433)

---

Jane M. Conlon-Muller has submitted an affidavit dated April 1, 2025, wherein she voluntarily resigns from the New York State Bar. Ms. Conlon-Muller was admitted to the Bar in the State of New York at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on September 16, 1998. There are no complaints or charges of professional misconduct pending against her.  Ms. Conlon-Muller presently resides in New York, does not practice law in New York, and, under these circumstances, does not wish to pay the biennial registration fee.

Upon the papers submitted in support of the resignation, it is

ORDERED that the voluntary resignation of Jane M. Conlon-Muller is accepted and directed to be filed; and it is further,

ORDERED that the name of Jane M. Conlon-Muller is removed from the roll of attorneys and counselors-at-law in the State of New York, without prejudice to an application for reinstatement; and it is further,

ORDERED that pursuant to Judiciary Law § 90, effective immediately, Jane M. Conlon-Muller is commanded to desist and refrain from (l) practicing law in any form, either as principal or as agent, clerk, or employee of another in the State of New York, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission, or other public authority in this State, (3) giving to another an opinion as to the law or its application or any advice in relation thereto in this State, and (4) holding herself out in any way as an attorney and counselor-at-law in the State of New York; and it is further,

April 7, 2026

Page 1.

MATTER OF CONLON-MULLER, JANE M.

ORDERED that if Jane M. Conlon-Muller has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency.

LASALLE, P.J., DILLON, DUFFY, BARROS and CONNOLLY, JJ., concur.

ENTER:

Darrell M. Joseph
Clerk of the Court

April 7, 2026

Page 2.

MATTER OF CONLON-MULLER, JANE M.